# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

130406

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROBERT BRETT ALLEN,
      Plaintiff-Appellee,

v

ALICE H. BENBOW, f/k/a ALICE H.
ALLEN,
      Defendant-Appellant.

SC: 130406
COA: 266589
Oakland CC
Family Division: 98-615638-DM

_____/

      On order of the Court, the application for leave to appeal the December 19, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

Clerk

s0406